IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH ANN SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>PAY PAL, Inc.; LYNNETTE LANE, Director; CARMEN SIEBURG, Manager; TODD ENGLAND, Supervisor Customer Solutions; TROY KUKER, Supervisor Customer Solutions; SUZANNE COMBS-BROWN, Manager; MICHELLE KUHR, Supervisor Customer Solutions; and MIKE LENKERSDORFER, My HR-Utah;<br><br>        Defendants. | **8:12CV226**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)    The plaintiff's motion for a 90-day continuance of the Rule 26(f) Report filing deadline, (filing no. 33), is granted in part.

2)    The parties' Rule 26(f) Report shall be filed on or before August 21, 2013.

Dated this 23rd day of July, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge