IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH ANN SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>PAY PAL, Inc., et.al;<br><br>                Defendants. | 8:12CV226<br><br>**ORDER** |

IT IS ORDERED:

1)   The defendant's motion to extend, (Filing No. 54), is granted.

2)   The deadline for filing motions to compel is extended to December 6, 2013.

3)   The plaintiff's deposition is continued and will be held on January 3, 2014 at the time and location to be noticed by defense counsel. The plaintiff shall attend the deposition.

4)   The plaintiff is advised or reminded that failing to cooperate with discovery can result in the imposition of sanctions, including dismissal of her case for want of prosecution.

November 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge