IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| | ) | CASE NO: 8:12cv226 |
| DEBORAH ANN SMITH, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| PAY PAL, et al. | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), plaintiff, shall either 1) withdraw the following  exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

      Exhibit number(s):  Exhibit 1

      Hearing type(s):     Motion hearing

      Date of hearing(s):  September 11, 2013

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

      IT IS SO ORDERED.

      October 22, 2014

                                      s/ Cheryl R. Zwart
                                        United States Magistrate Judge